| | |
|---|---|
| 1 | RAMIRO MORALES, SBN 167947 |
| | rmorales@mfrlegal.com |
| 2 | SHEILA A. REID, SBN 161180 |
| | sreid@mfrlegal.com |
| 3 | MORALES FIERRO & REEVES |
| | 2300 Contra Costa Blvd., Suite 310 |
| 4 | Pleasant Hill, CA 94523 |
| | Telephone: (925) 288-1776 |
| 5 | Facsimile: (925) 288-1856 |
| 6 | Attorneys for Defendant |
| 7 | ILLINOIS UNION INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLY, INC., dba SONOMA-MARIN CONSTRUCTION, a California corporation, | CASE NO.: CV09-3404-MHP |
| Plaintiff, | **STIPULATION TO STAY LITIGATION PENDING MEDIATION** |
| vs. | |
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Parties, by and through their counsel of record, hereby stipulate as follows:

This insurance contract action involves the parties' respective rights and obligations under a commercial general liability insurance policy issued by Defendant to Plaintiff with respect to claims made against Plaintiff, a cross-defendant in the underlying lawsuit captioned *Gomez v. French Ranch LLC, et al.,* Marin County Superior Court Case No. 07581.

Since the November 2, 2009, case management conference before this court, the parties have engaged in discussions concerning resolution of the insurance coverage issues in this action. A mandatory settlement conference is scheduled in the underlying *Gomez* action for February 8, 2010. The parties believe that it is in furtherance of their negotiations to resolve the issues in this case, in the interests of justice and judicial economy, and appropriate to request that the Court stay

the litigation for a period of sixty (60) days, during which time the parties will continue their negotiations and participate in the mandatory settlement conference in the *Gomez* action.

WHEREFORE, CLY, Inc. and Illinois Union Insurance Company, through their counsel of record, stipulate to a stay of all proceedings in this litigation through and including February 15, 2010, for the purpose of continuing their settlement negotiations and participating in the February 8, 2010, mandatory settlement conference in the underlying *Gomez* action.

The parties respectfully request that the Court stay all proceedings in this litigation through and including February 15, 2010, and that the Court schedule a Subsequent Case Management Conference for February 22, 2010, for any further case management scheduling.

IT IS SO STIPULATED.

DATED: December 18, 2009              ANDERSON KILL WOOD & BENDER, LLP

                                      By: /s/ Caroline Hurtado
                                      CAROLINE HURTADO
                                      Attorneys for Plaintiff, CLY, Inc. dba
                                      SONOMA-MARIN CONSTRUCTION


DATED: December 18, 2009              MORALES, FIERRO & REEVES

                                      By: /s/ Ramiro Morales
                                      RAMIRO MORALES
                                      SHEILA A. REID
                                      Attorneys for Defendant, ILLINOIS UNION
                                      INSURANCE COMPANY

RAMIRO MORALES, SBN 167947
rmorales@mfrlegal.com
SHEILA A. REID, SBN 161180
sreid@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLY, INC., dba SONOMA-MARIN CONSTRUCTION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  CV09-3404-MHP<br><br>[PROPOSED] ORDER TO STAY LITIGATION PENDING MEDIATION |

The Parties having stipulated thereto, and good cause appearing, the court hereby orders a stay of all proceedings in this litigation until and through February 15, 2010, for the purpose that the parties may continue their settlement negotiations and participate in the February 8, 2010, mandatory settlement conference in the underlying *Gomez* action.  It is further ordered that a Subsequent Case Management Conference will be held on February 22, 2010, in Courtroom 15, 18th Floor, San Francisco, at 4:00 p.m. for the purpose of further case management scheduling as needed.

IT IS SO ORDERED.

Dated:    December 18, 2009

_____
HON.
United
Judge Marilyn H. Patel

*IT IS SO ORDERED*

[PROPOSED] ORDER                                                                 1                                                         Case No. CV09-3404-MHP